AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00578 |
| David Nicholas Dempsey | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 8/25/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   David Nicholas Dempsey,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding,
18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1752(a)(1), (2), (4) and (b)(1)(A) - Entering or Remaining, Disorderly and Disruptive Conduct, and Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(D) and (F) - Disorderly Conduct in a Capitol Building or Grounds and Act of Physical Violence in the Capitol Grounds or Buildings.

Date:   08/25/2021

Digitally signed by G. Michael Harvey
Date: 2021.08.25 10:50:59 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on (date) 8/25/21, and the person was arrested on (date) 8/26/21
at (city and state)   VAN NUYS, CA.

Date:  8/26/21

*Arresting officer's signature*

Ryan Abbott  Special Agent
*Printed name and title*